IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DESI DAVIS and LORITA DAVIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., AS | ) | CIVIL ACTION NO. |
| TRUSTEE FOR AEGIS BACKED | ) | |
| SECURITIES TRUST | ) | |
| MORTGAGE PASS-THROUGH | ) | 3:24-CV-0285-G-BW |
| CERTIFICATE SERIES 2004-3 ITS | ) | |
| ASSIGNEE OR SUCCESSORS BY AND | ) | |
| THROUGH ITS SERVICE AGENT | ) | |
| SELECT PORTFOLIO SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the defendants' motion for summary judgment (docket entry 16)

is **GRANTED**, the plaintiffs' cross-motion for summary judgment (docket entry 22)

is **DENIED**, and this case is **DISMISSED**.

    **SO ORDERED**.

January 16, 2025.

_____

**A. JOE FISH**
**Senior United States District Judge**